**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Nicoleta Maria Tulai, | Case No. 3:23-cv-00351-LRH-CLB |
| Plaintiff, | **Order Granting Stipulation of Dismissal** |
| v. | |
| Merrick Garland, Attorney General of the United States of America; Alejandro Mayorkas, Secretary of Department of Homeland Security; Ur Jaddou, U.S. Citizenship and Immigration Services; Richard T. Murray, Field Office Director, Reno Field Office U.S. Citizenship and Immigration Services, | |
| Defendants. | |

**STIPULATION AND ORDER TO DISMISS**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties hereto, that the above-entitled case shall be dismissed without prejudice. Each party will

///

///

///

///

///

///

bear its own costs and attorney's fees.

Respectfully submitted this 25th day of April 2024.

JASON M. FRIERSON
United States Attorney

/s/ Peter L. Ashman
PETER L. ASHMAN
617 S. 8th Street, Suite B
Las Vegas, Nevada 89101
pla@ashmanlaw.com

*Attorney for Plaintiff*

/s/ Skyler H. Pearson
SKYLER H. PEARSON
Assistant United States Attorney

*Attorneys for the United States*

## **ORDER**

Pursuant to the Stipulation between the parties, IT IS ORDERED that the above-entitled case is dismissed without prejudice.

IT IS ORDERED that each party will bear its own costs and attorney's fees.

IT IS FURTHER ORDERED that the Clerk of the Court shall dismiss the action, enter judgment accordingly, and close this case.

IT IS SO ORDERED.

DATED this 26th day of April, 2024.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE